**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| CALVIN J. WILLIS, | * |
| Plaintiff | * |
| vs. | * Case Number 5:05-CV-420 (HL) |
| GEORGIA DEPARTMENT OF NATURAL RESOURCES, et al., | * |
| Defendants | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 28, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 1st day of October, 2007.

Gregory J. Leonard, Clerk

s/ Denise C. Partee
Deputy Clerk